IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIRA ROHOMAN, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>OCWEN FINANCIAL CORPORATION, and OCWEN LOAN SERVICING, LLC,<br><br>       Defendants. | Civil Action No.: 12-CV-2261 (RWS) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that Plaintiff Sira Rohoman, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above action without prejudice.

Dated:  June 21, 2012    **WOLF POPPER LLP**

            By:  /s/ Lester Levy
               Lester L. Levy
               Michele F. Raphael
               Matthew Insley-Pruitt
               845 Third Avenue, 12th Floor
               New York, NY 10022
               Tel: (212) 759-4600

               *Counsel for Plaintiff*

OF COUNSEL

John R. McEntee
Law Offices of John R. McEntee
35-21 Francis Lewis Boulevard
Flushing, New York 11358
Tel: (718) 359-3446